**EXCELSIS LAW, P.C.**
ZAINAH ALFI (SBN 304164)
C. GENEVIEVE JENKINS (SBN 271128)
1901 Avenue of the Stars, 2nd Fl
Los Angeles, CA 90067
Telephone: (213) 340-0300
Facsimile: (213) 340-0200
zalfi@excelsislaw.com

Attorneys for Plaintiff,
ANGELINA DEANDA

Additional Counsel on Signature Page

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA DEANDA, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>STONELEDGE FURNITURE, LLC dba "ASHLEY FURNITURE"; ASHLEY INDUSTRIES, LLC; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:22-CV-02191-JAM-KJN<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINE; ORDER**<br><br>**Complaint filed:** December 8, 2022<br>**Trial Date:** September 16, 2024 |

**TO THE HONORABLE COURT:**

Plaintiff Angelina DeAnda and Defendants Stoneledge Furniture, LLC and Ashley Industries, LLC (collectively, "the Parties"), by and through their respective counsel of record, hereby agree to enter into the following Stipulation to extend the discovery cut-off. Good cause exists for such a short extension.

WHEREAS, the discovery in this case is ordered to be completed no later than February 9, 2024;

WHEREAS Plaintiff wishes to depose several of Defendants' agents (Jose Flores, Vanessa Sandoval, and Alex Cortez) who have not yet made themselves available as well as Defendants' Persons Most Qualified on topics already provided to defense counsel;

WHEREAS the Parties are meeting and conferring about prospective dates;

WHEREAS the Parties have agreed to conduct the depositions in February 2024 or as soon thereafter as possible.

## JOINT STIPULATION

By this Joint stipulation, Parties agree to the following:

1. The Parties agreed to extend the Discovery Cut-Off to March 22, 2024.

2. The Parties agreed that the only discovery to be conducted after the original cut-off date of February 9, 2024 is Plaintiff's deposition of Defendants' agents.

3. No Party will suffer prejudice as a result of the aforementioned extension.

4. The proposed extension has been stipulated by all Parties.

5. The Parties respectfully request that the Court enter the [Proposed] Order pursuant to the terms of this Stipulation.

**IT IS SO STIPULATED.**

Dated: 1/26/2024                                                  **FISHER & PHILLIPS, LLP**

By:   /s/ Erin Price (as authorized on 1/26/24)
　　　Lonnie Giamela
　　　Erin Price
　　　Attorneys for Defendants

Dated:  1/26/2024                                           **EXCELSIS LAW, P.C.**

                                          By:  /s/ Zainah Alfi
                                               Zainah Alfi
                                               Attorneys for Plaintiff

## CERTIFICATION

I, Zainah Alfi, am the ECF User whose identification and password are being used to file this STIPULATION TO EXTEND DISCOVERY DEADLINE.  In compliance with Local Rule 131(e), I hereby attest that Erin Price, counsel for Defendants, concurs in the contents of this filing and has authorized the filing.

**ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the Stipulation filed by the Parties in *DeAnda. v. Stoneledge Furniture, et al.* (2:22-CV-02191-JAM-KJN) and enters the following Order pursuant to its terms:

1. The February 9, 2024 Discovery Cut-Off is now **RESET** for **March 22, 2024** only for Plaintiff's depositions identified by the Parties in their Stipulation.

2. All other dates, deadlines, and instructions contained in the February 13, 2023 Pretrial Scheduling Order (ECF No. 10), **SHALL** remain in effect.

Dated: January 30, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE